THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Rashard Jerome
 Rivers, Appellant.
 
 
 
 
 

Appeal From Charleston County
 R. Markley Dennis, Jr., Circuit Court
Judge

Unpublished Opinion No.  2010-UP-487  
 Submitted November 1, 2010  Filed
November 4, 2010

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; and Solicitor Scarlett Anne Wilson,
 of Charleston, for Respondent.
 
 
 

PER CURIAM:  Rashard Jerome Rivers pled guilty to first-degree
 burglary, involuntary manslaughter, and grand larceny.  Rivers received
 twenty-three years' imprisonment for burglary, and five years' each on
 involuntary manslaughter and grand larceny, to run concurrently.  Rivers
 appealed, arguing the plea court erred in failing to adequately advise him of
 the sentencing consequences of his plea.  After a thorough review of the record and counsel's brief pursuant
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's
 motion to be relieved.[1]
APPEAL
 DISMISSED.
THOMAS,
 PIEPER, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.